# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2068
_____

JULIAN D. DAILY, Former
Husband,

      Appellant,

      v.

SHAUNDRA B. DAILY, Former
Wife,

      Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Victor L. Hulslander, Judge.

May 22, 2019

PER CURIAM.

      AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William Falik of William Falik, P.A., Gainesville, for Appellant.

Kelly R. McNeal of McNeal Legal, LLC, Gainesville, and Caroline Picart, Brandon, for Appellee.